IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **VICKIE MAYES**, <br><br> Plaintiff, <br><br> v. <br><br> **1715 NORTHSIDE DRIVE, INC. et al.**, <br><br> Defendants. | Civil Action File No. <br><br> 1:14-cv-04004-MHC |

### SCHEDULING ORDER

Upon review of the parties' Joint Preliminary Report and Discovery Plan, it is hereby ORDERED that the discovery plan contained therein is approved and adopted and it is FURTHER ORDERED that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the matter is hereby placed a four-month discovery track.

IT IS SO ORDERED, this __10th__ day of __March__, 2015.

_____
Mark H. Cohen
Judge, United States District Court

19