IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICKIE MAYES,<br><br>     Plaintiff,<br><br>v.<br><br>1715 NORTHSIDE DRIVE, INC.; A-1 ENTERTAINMENT, LLC.; C.B. JONES II; and CARMEN POPOVITCH,<br><br>     Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-CV-4004-MHC |

## ORDER

This matter is before the Court on Plaintiff Vickie Mayes' and Defendants 1715 Northside Drive, Inc., A-1 Entertainment, LLC and Carmen Popovitch's Joint Motion for Review and Approval of Settlement and Release Agreement [Doc. 78].

The Court has reviewed the Settlement Agreement [Doc. 80] to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement

for both parties are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement is reached in an adversarial context where both parties had legal representation.

Upon consideration of the Joint Motion, the Court **ORDERS** that the payment of the settlement amount shall be made as provided in the Settlement Agreement. The costs of litigation, including attorneys' fees, shall be paid as stated in the Settlement Agreement.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 78], **APPROVES** the parties' Settlement Agreement, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 14th day of July, 2016.

_____
MARK H. COHEN
United States District Judge

2